■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN CANDO, Appellant. [888 NYS2d 886]—

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's determinations concerning identification. The victim had a sufficient opportunity to observe defendant, gave a detailed and accurate description, and made a reliable lineup identification.

The court properly denied defendant's suppression motion. The hearing evidence, including the lineup photographs, establishes that the lineup was not unduly suggestive (*see People v Chipp*, 75 NY2d 327, 336 [1990], *cert denied* 498 US 833 [1990]). Defendant was not noticeably younger than the other participants, and the police successfully concealed anything distinctive about defendant's hairstyle by having all the participants wear hats. Concur—Tom, J.P., Nardelli, Renwick, Freedman and Roman, JJ.